UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WHAM-O Holding, LTD; Intersport Corp.,<br>Plaintiffs,<br><br>-against-<br><br>Schedule A Defendants,<br>Defendants. | 26-CV-3573 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In light of what the Court construes as a pending renewed motion for a TRO at Dkt. 20, and the fact that there has been no service yet in this case, the initial conference scheduled for July 16 is indefinitely adjourned.

SO ORDERED.

Dated: July 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge